No. 10–886.  COMPTON UNIFIED SCHOOL DISTRICT *v.* ADDISON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8356.  CARO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10629.  VAUGHAN *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 10–10839.  McDOUGALD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–11078.  REYES *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–11094.  KENNEDY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–11287.  STANFORD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–27.  BAUD ET UX. *v.* CARROLL.  C. A. 6th Cir.  Certiorari denied.

No. 11–35.  U. S. VISION, INC., ET AL. *v.* JOHNSON.  C. A. 9th Cir.  Certiorari denied.

No. 11–67.  INZUNZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–120.  WINTERS, SHERIFF, JACKSON COUNTY, OREGON *v.* WILLIS; and
No. 11–234.  GORDON, SHERIFF, WASHINGTON COUNTY, OREGON *v.* SANSONE ET AL.  Sup. Ct. Ore.  Certiorari denied.  Reported below: 350 Ore. 299, 253 P. 3d 1058.

